**Exhibit A**

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 75.134.3.142 | 01/04/2013 07:58:18 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 2 | 71.8.192.195 | 01/04/2013 10:49:31 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 3 | 97.86.11.90 | 01/05/2013 07:02:01 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 4 | 76.214.56.162 | 01/05/2013 10:45:17 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T Internet Services | Missouri |
| 5 | 75.132.1.147 | 01/09/2013 04:38:45 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 6 | 172.9.40.189 | 01/09/2013 09:23:38 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T Internet Services | Missouri |
| 7 | 75.133.146.89 | 01/11/2013 08:12:21 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 8 | 97.87.107.244 | 01/13/2013 01:16:10 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 9 | 71.8.201.106 | 01/14/2013 04:10:55 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 10 | 75.133.152.131 | 01/15/2013 05:21:19 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 11 | 99.111.211.146 | 01/18/2013 06:05:20 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 12 | 75.134.0.118 | 01/19/2013 08:37:07 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 13 | 24.217.160.49 | 01/23/2013 05:31:54 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 14 | 99.95.148.100 | 01/23/2013 08:18:58 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 15 | 76.253.59.17 | 01/24/2013 07:11:57 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 16 | 71.14.79.210 | 01/26/2013 04:38:38 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 17 | 24.217.232.226 | 01/27/2013 03:23:05 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 18 | 64.251.159.238 | 01/27/2013 06:00:46 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Fidelity Communication International | Missouri |
| 19 | 108.213.166.25 | 01/29/2013 11:35:19 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 20 | 99.177.217.195 | 01/30/2013 09:23:04 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 21 | 108.89.249.36 | 01/31/2013 01:32:12 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 22 | 97.88.171.156 | 01/31/2013 03:05:43 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 23 | 67.43.244.160 | 01/31/2013 06:00:23 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Fidelity Communication International | Missouri |
| 24 | 71.14.95.73 | 02/01/2013 04:03:03 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 25 | 24.217.229.80 | 02/01/2013 09:22:14 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 26 | 71.81.156.89 | 02/02/2013 10:49:49 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 27 | 75.132.17.61 | 02/03/2013 09:15:29 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 28 | 97.92.252.247 | 02/05/2013 02:53:16 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 29 | 108.209.88.246 | 02/07/2013 07:37:36 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 30 | 99.42.205.54 | 02/08/2013 06:35:39 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 31 | 68.114.202.116 | 02/10/2013 06:08:51 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |

| # | IP Address | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 32 | 71.81.201.30 | 02/11/2013 03:41:08 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 33 | 71.8.202.109 | 02/11/2013 10:35:07 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 34 | 216.229.79.21 | 02/12/2013 01:00:53 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Fidelity Communication International | Missouri |
| 35 | 71.85.205.192 | 02/13/2013 05:14:45 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 36 | 24.107.69.13 | 02/14/2013 05:44:49 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 37 | 99.95.144.231 | 02/14/2013 08:26:21 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 38 | 99.58.64.121 | 02/15/2013 03:27:41 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 39 | 207.119.221.137 | 02/16/2013 04:55:55 | 840DCF35EA1B0EA81724D0385604461FDF532606 | CenturyTel Internet Holdings | Missouri |
| 40 | 24.107.74.86 | 02/17/2013 07:19:24 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 41 | 75.132.41.30 | 02/18/2013 02:36:27 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 42 | 70.195.65.120 | 02/18/2013 05:10:43 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Verizon Wireless | Missouri |
| 43 | 207.119.221.86 | 02/18/2013 07:48:18 | 840DCF35EA1B0EA81724D0385604461FDF532606 | CenturyTel Internet Holdings | Missouri |
| 44 | 70.195.64.199 | 02/19/2013 04:53:52 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Verizon Wireless | Missouri |
| 45 | 24.107.9.67 | 02/19/2013 09:19:41 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 46 | 12.139.113.2 | 02/19/2013 07:20:38 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T Services | Missouri |
| 47 | 99.63.6.40 | 02/20/2013 03:20:16 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 48 | 70.195.65.234 | 02/20/2013 06:55:40 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Verizon Wireless | Missouri |
| 49 | 97.85.199.32 | 02/20/2013 12:27:05 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 50 | 97.92.253.64 | 02/20/2013 06:24:14 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 51 | 108.250.160.114 | 02/21/2013 05:54:55 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 52 | 70.195.69.67 | 02/22/2013 10:27:58 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Verizon Wireless | Missouri |
| 53 | 99.40.153.241 | 02/23/2013 04:11:32 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 54 | 108.213.47.104 | 02/23/2013 05:00:49 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 55 | 24.217.155.116 | 02/23/2013 05:10:14 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 56 | 97.91.249.62 | 02/24/2013 05:25:47 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 57 | 70.195.64.32 | 02/25/2013 04:56:28 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Verizon Wireless | Missouri |
| 58 | 72.172.193.47 | 02/26/2013 06:24:20 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Fidelity Communication International | Missouri |
| 59 | 108.242.166.95 | 02/26/2013 09:08:01 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |
| 60 | 69.179.157.54 | 02/27/2013 07:16:38 | 840DCF35EA1B0EA81724D0385604461FDF532606 | CenturyTel Internet Holdings | Missouri |
| 61 | 75.132.33.54 | 03/01/2013 05:45:48 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 62 | 24.171.120.224 | 03/01/2013 07:30:04 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 63 | 24.217.170.113 | 03/01/2013 10:21:53 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |

| # | IP Address | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 64 | 71.85.224.141 | 03/01/2013 09:09:37 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 65 | 71.85.251.94 | 03/02/2013 09:06:06 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 66 | 24.207.192.59 | 03/03/2013 01:13:48 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Charter Communications | Missouri |
| 67 | 107.197.215.82 | 03/04/2013 09:28:27 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Missouri |